UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CARY TATMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CAUSE NO. 3:10-CV-453 WL |
| | ) |
| SUPERINTENDENT, | ) |
| | ) |
| Respondent. | ) |

## OPINION & ORDER

Cary Tatman, a *pro se* prisoner, filed this habeas corpus petition under 28 U.S.C. § 2254 seeking to challenge a prison disciplinary sanction. (DE 1.) The court is obligated to review the petition and dismiss it if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief. . . ." RULE 4 OF THE RULES GOVERNING SECTION 2254 CASES.

According to the petition, Tatman was found guilty of disorderly conduct by a hearing officer at Miami Correctional Facility and was sanctioned with 15 days lost commissary privileges. (DE 1 at 1.) Because the commissary restriction did not lengthen the duration of Tatman's confinement, he cannot challenge it in a habeas proceeding. *See Moran v. Sondalle*, 218 F.3d 647, 650 (7th Cir. 2000). Furthermore, even if Tatman could overcome this threshold procedural bar, all four of the claims he raises in his petition are premised on violations of internal prison policies. (*See* DE 1 at 4-5.) Relief in a federal habeas corpus proceeding is only available for a violation of the United States Constitution or other federal law, and a violation of state law does not suffice. *Estelle v. McGuire*, 502 U.S. 62, 67-68 (1991). Accordingly, none of the grounds presented provide a basis for granting federal habeas relief.

For the foregoing reasons, this habeas corpus petition is DISMISSED pursuant to RULE 4 OF THE RULES GOVERNING SECTION 2254 CASES.

SO ORDERED.

ENTERED: November 15, 2010

                                                  s/William C. Lee
                                                  William C. Lee, Judge
                                                  United States District Court